AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*January 28, 2025*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br>Angel VILLARREAL-Resendiz | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **4:25-mj-0036**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 24, 2025 _____ in the county of _____ Walker _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 922(g) | Possession of a Firearm by an Illegal Alien |

This criminal complaint is based on these facts:

Continued on the attached sheet.

_____
*Complainant's signature*

Nathaniel Yates, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found January 28, 2025

_____
*Judge's signature*

City and state:  _____ Houston, Texas _____

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

**4:25-mj-0036**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nathaniel Yates, being duly sworn, hereby depose and state the following:

## A.  INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) and have been since 2017.  My experience as a Special Agent has included, among other things, the investigation of cases involving firearms and narcotics smuggling/trafficking, bulk cash smuggling, gangs, and child pornography.  I have received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

2. This Affidavit is made in support of a criminal complaint charging Angel VILLARREAL-Resendiz with violating 18 U.S.C. § 922(g)(5), which makes it a crime for an illegal alien to possess a firearm.

3. I am familiar with the information contained in the Affidavit based upon the investigation that I and other law enforcement officers have conducted and any of my conversations with other parties involved in this case.

4. Because the Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts I believe are necessary to establish probable cause that evidence of violations of 18 U.S.C. § 922(g)(5) were committed on January 24, 2025.  Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## B.  FACTS SUPPORTING PROBABLE CAUSE

5. On January 24, 2025, Investigators from the Texas Office of the Attorney General, Precinct Three of the Montgomery County Constable's Office, the Huntsville Police Department, and the Texas Department of Public Safety (hereafter referred to as "the Investigators") executed a Texas State search warrant at 108 Gospell Hill in Huntsville, Walker County, Southern District of Texas.  The suspect in that investigation was arrested after the search warrant.  108 Gospell Hill is the residence of the arrestee's parents, Angel VILLARREAL-Resendiz and Magda CASTANADA.

6. During the execution of the search warrant, the Investigators encountered a safe in the bedroom of Angel VILLARREAL-Resendiz.  When the Investigators asked the occupants of the residence who had the code to the safe, Angel VILLARREAL-Resendiz provided it.  Using the code he provided, the Investigators opened and searched the safe as part of their efforts to find evidentiary items listed in the state search warrant.

7. Within the safe, the Investigators located twelve firearms and approximately several hundred rounds of mixed pistol and rifle ammunition.  Huntsville Police Department Detectives later ran NCIC checks on the firearms and discovered that two of the firearms were reported as stolen and one was reported as

having been "lost."  One of the firearms was a .45 caliber Glock 21 bearing serial number BAHR250.  This firearm was manufactured outside the state of Texas.

8. During the execution of the search warrant, several of the Investigators began to suspect that Angel VILLARREAL-Resendiz was illegally present in the United States.  The Investigators suspected this was the case because Angel VILLARREAL-Resendiz was unable to provide any form of identification.  Furthermore, during the execution of the search warrant, one of the Investigators overheard VILLARREAL-Resendiz's daughter make a statement implying her father was illegally present in the United States.  Knowing that possession of a firearm by an illegal alien is a violation of federal law, Detectives from the Huntsville Police Department notified the Affiant of their investigative findings and suspicions regarding VILLARREAL-Resendiz's immigration status and his possession of the firearms and ammunition.

9. VILLARREAL-Resendiz, as well as the firearms and ammunition from the safe, were transported to the Huntsville Police Department's headquarters building.  There, the firearms and ammunition were placed into storage as evidence.

10. Immigration Records checks revealed that VILLARREAL-Resendiz is a citizen of Mexico with no legal status to reside in the United States.  At approximately 1400 hours (2:00pm) on January 24, 2025, the Affiant spoke briefly with the wife of VILLARREAL-Resendiz who showed me a Mexican passport belonging to VILLARREAL-Resendiz.  At present, this is the only form of identification that the Investigators and/or the Affiant have discovered.

## C.  CONCLUSION

11. Based upon the information as set forth above, the Affiant believes that probable cause exists for the issuance of a Criminal Complaint charging Angel VILLARREAL-Resendiz with violations of 18 U.S.C. § 922(g), which makes it a crime for an illegal alien to possess a firearm in the United States.

Nathaniel Yates, Special Agent
Homeland Security Investigations

Signed and sworn to before me telephonically this 28th day of January 2025, and I find probable cause exists.

Honorable Peter Bray
United States Magistrate Judge